IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMGEN INC. and AMGEN MANUFACTURING, LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>HOSPIRA, INC. and PFIZER INC.,<br><br>Defendants. | C.A. No. 20-cv-00561-CFC |

**DEFENDANTS HOSPIRA, INC. AND PFIZER INC.'S
MOTION TO STAY**

Defendants Hospira, Inc. and Pfizer Inc. (collectively, "Pfizer") respectfully move to stay the above action pending final resolution, including all appeals, of the following case currently pending in this District: *Amgen Inc. et al. v. Hospira, Inc. et al.*, No. 18-cv-1064-CFC-CJB (D. Del. 2018). The grounds for this motion are set forth in Pfizer's accompanying brief.

<table>
<tr><td>

*Of Counsel:*

Dimitrios T. Drivas
Alison Hanstead
John Scheibeler
Kevin Georgek
Brigid Bone
WHITE & CASE LLP
1221 Avenue of the Americas
New York, NY 10020
(212) 819-8200

Elizabeth Chang
WHITE & CASE LLP
3000 El Camino Real
2 Palo Alto Square, Suite 900
Palo Alto, CA 94306
(650) 213-0319

Date:  July 10, 2020

</td><td>

CONNOLLY GALLAGHER LLP

*/s/ Arthur G. Connolly, III*
Arthur G. Connolly III (#2667)
Ryan P. Newell (#4744)
Stephanie S. Riley (#5803)
1201 North Market Street, 20th Floor
Wilmington, Delaware 19801
Telephone: (302) 757-7300
Facsimile: (302) 757-7299
aconnolly@connollygallagher.com
rnewell@connollygallagher.com
sriley@connollygallagher.com

*Attorneys for Pfizer Inc. and Hospira, Inc.*

</td></tr>
</table>

# CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2020, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants. I further certify that I caused copies of the foregoing document to be served on July 10, 2020 upon the following by email:

| | |
|---|---|
| Robert W. Whetzel (#2288)<br>Katharine Lester Mowery (#5629)<br>Tyler E. Cragg (#6398)<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, Delaware 19801<br>(302) 651-7634<br>whetzel@rlf.com<br>mowery@rlf.com<br>cragg@rlf.com<br><br>*Of Counsel:*<br>Nicholas Groombridge<br>Jennifer H. Wu<br>PAUL, WEISS, RIFKIND,<br>WHARTON & GARRISON LLP<br>1285 Avenue of the Americas<br>New York, NY 10019<br>(212) 373-3000 | Kimberlin L. Morley<br>Eric Agovino<br>Paula S. Fritsch<br>AMGEN INC.<br>One Amgen Center Drive<br>Thousand Oaks, CA 91320-1789<br>(805) 447-1000<br><br>*Attorneys for Amgen Inc. and*<br>*Amgen Manufacturing, Limited*<br><br><br><br><br><br><br>*/s/ Arthur G. Connolly, III*<br>Arthur G. Connolly III (#2667) |

1