# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMGEN INC. and AMGEN MANUFACTURING, LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>HOSPIRA, INC. and PFIZER INC.,<br><br>Defendants. | C.A. No. 20-cv-00561-CFC |

## **[PROPOSED] ORDER**

Having considered Defendants' Motion to Stay and any opposition thereto, IT IS HEREBY ORDERED that the Motion to Stay is GRANTED and this case is STAYED until 14 days after final resolution, including all appeals, of the following case currently pending in this District: *Amgen Inc. et al. v. Hospira, Inc. et al.*, No. 18-cv-1064-CFC-CJB (D. Del. 2018) ("C.A. 18-cv-1064"). No later than 14 days after final resolution, including all appeals, of C.A. 18-cv-1064, the parties shall file a joint status report advising the Court as to how this case should proceed.

SO ORDERED this _____ day of _____, 2020.

_____
The Honorable Colm F. Connolly
United States District Judge